(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO



JUDGE MARBLEY

MAGISTRATE JUDGE DEAVERS

**Plaintiff(s)**

Stephen B. Caples

**Case No.**

2:26 CV 0239

**vs.** CMHA/marble Properties, Melanie Thrash, and Michelle Caples

**Defendants(s)**

## APPLICATION/ MOTION TO PROCEED
## WITHOUT PREPAYMENT OF FEES
## (IN FORMA PAUPERIS)
## AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**  Yes_____  No ✓
  **A. If you answered "Yes":**
    (1) What is the name and address of your employer

    _____
    _____
    (2) How much do you earn per month?
    _____

  **B. If you answered "No":**
    (1) Have you ever been employed?  Yes ✓  No_____
    If yes, what was the last year and month you were
    employed? _____ 12/25
    How much did you earn a month? _____ 0 – 400 ✗

**II. What is your marital status?**
  Single_____    Married_____    Widowed_____    Divorced ✓
  **A. If you answered "Married":**
    (1) Is your spouse employed?  Yes_____  No_____
    If yes, how much does your spouse earn each month?
    $_____

**III. Do you have any dependents?**  Yes_____  No ✓
  If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
|      |              |        |
|      |              |        |
|      |              |        |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**  Yes_____  No ✓
  A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
|        | $      |        | $      |
|        | $      |        | $      |
|        | $      |        | $      |

**V. Do you have any cash on hand or money in a savings, checking, or other account?**
     Yes_____          No _X_

    **A. If you answered "Yes", state the combined total amount:**
     $_____.

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**
     Yes_____          No _X_
     A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| Child support | $ 397 | | $ |
| RENT | $ 898 | | $ |
| utilities | $ 508 | | $ |
| | $ | | $ |

**VIII. State your address and telephone number where the Court can reach you.**
     3195 MELiSSA PL Columbus OHiO 43227

I declare under penalty of perjury that the above information is true and correct.

2/27/26
_____Date_____

_____Signature of Applicant_____

-3-