**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **STEPHEN B. CAPLES,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-00239** |
| | : | **Judge Algenon L. Marbley** |
| | : | **Magistrate Judge S. Courter M. Shimeall** |
| **COLUMBUS METROPOLITAN** | : | |
| **HOUSING AUTHORITY,** *et al.*, | : | |
| **Defendants.** | : | |

**<u>OPINION & ORDER</u>**

This matter is before the Court on *pro se* Plaintiff's "Motion to Stay Civil Proceedings Pending Resolution of Criminal Charges," wherein he requests that the Court stay the case pending "final resolution of the parallel criminal matters currently pending against Plaintiff in Columbus Municipal Court, and Delaware municipal court, Case Numbers 25CRB00204, 26CRB000034." (ECF No. 36.)  Plaintiff argues he was subjected to "separate criminal charges for trespassing and theft" following the events leading to his claims in this case, and that he is "currently on probation and facing ongoing criminal prosecution."  (*Id.*)  He argues that "[i]f this civil case continues, Plaintiff will be forced to choose between vigorously prosecuting this civil rights action or waiving their Fifth Amendment right against self-incrimination" because "Defendants will seek discovery regarding the facts surrounding the trespassing and theft charges."  (*Id.*)

The Court has reviewed the Franklin County Municipal Court and Delaware Municipal Court records for Plaintiff's criminal cases.[1]  The Franklin County Municipal Court case, Case

---

[1] The docket sheet for the Franklin County Municipal Court case is located at Franklin County Municipal Clerk, Search Records, Case No. 2026 CR B 000034, https://www.fcmcclerk.com (last visited July 9, 2026).  The docket sheet for the Delaware Municipal Court case is located at City of Delaware Municipal Court, Traffic/Criminal Lookup Results, Case No. 25CRB00204, https://connect.municipalcourt.org/AWC/Site/Lookup.aspx (last visited July 9, 2026).  *See Clark v. Stone,*

No. 2026 CR B 000034, was filed on January 1, 2026, and dismissed on April 13, 2026. The Delaware Municipal Court case, Case No. 25CRB00204, relates to violations that occurred on February 25, 2025, was filed on March 3, 2025, and has a status listed as "Collection Sent Capital." The Court further notes that Plaintiff has a second criminal case pending against him in Delaware Municipal Court, Case No. 26CRB00285, that relates to alleged violations that occurred on March 31, 2025, was filed on April 2, 2026, and has a status of "Final Pre-Trial."[2]

Even assuming that Plaintiff's criminal cases arose from the same events that gave rise to his civil case, the Court finds that a stay is unwarranted.

First, Case No. 2026 CR B 000034 was dismissed and thus is no longer pending against Plaintiff.

Second, Case No. 25CRB00204, was filed nearly a year before Plaintiff filed this civil action on January 27, 2026. (ECF No. 1.) Moreover, a review of the docket for that case indicates that the Delaware Municipal Court has entered a final disposition and that Plaintiff was fined and placed on community control for a period of 365 days. To the extent that Case No. 25CRB00204 could be considered to remain pending against Plaintiff, Plaintiff chose to file this civil case while Case No. 25CRB00204 was still pending. "Accordingly, any difficulty suffered by Plaintiff as a result of the parallel proceedings is self-inflicted." *Weigandt v. Woodcock*, No. 20-11503, 2021 WL 37859, at *1 (E.D. Mich. Jan. 5, 2021).

Finally, while Plaintiff does not rely on Case No. 26CRB00285 in his arguments for a stay, it would not change the outcome if he had. Although Case No. 26CRB00285 was filed after

---

998 F.3d 287, 297 n.4 (6th Cir. 2021) ("Courts may take judicial notice of the proceedings of other courts of record.").

[2] The docket sheet for the second Delaware Municipal Court case is located at City of Delaware Municipal Court, Traffic/Criminal Lookup Results, Case No. 26CRB00285, https://connect.municipalcourt.org/AWC/Site/Lookup.aspx (last visited July 9, 2026).

Plaintiff filed this civil action, Case No. 26CRB00285 relates to offenses that purportedly occurred on March 31, 2025.  Further, Plaintiff has continued to actively litigate this civil action from April 2, 2026, up through his June 16, 2026, filing of the instant Motion to Stay.  Thus, as with Case No. 25CRB00204, any difficulty Plaintiff suffers as a result of the potentially parallel proceeding in on Case No. 26CRB00285 is self-inflicted.

Accordingly, Plaintiff's Motion to Stay (ECF No. 36) is **DENIED**.

**IT IS SO ORDERED.**

/s/ S. Courter M. Shimeall
**S. COURTER M. SHIMEALL**
**UNITED STATES MAGISTRATE JUDGE**

3